```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                                            :
                                                            :     22 Cr. 692 (LGS)
                  -against-                                 :
                                                            :     ORDER
   LAMOR WHITEHEAD,                                         :
                                        Defendant,          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court's December 19, 2022, Order directed the parties to file a joint letter proposing a schedule for discovery, the filing of motions, three proposed dates for a status conference and to state whether they seek to have the Court exclude time under the Speedy Trial Act between the filing of the order and the pretrial conference, and the basis for the exclusion. (Dkt. No. 6).

WHEREAS on December 21, 2022, the Government filed a letter on behalf of the parties, stipulating to (i) a schedule for discovery, (ii) a briefing schedule for the filing of motions, (iii) dates for a pretrial conference and (iv) an application to exclude time. (Dkt. No. 9)

WHEREAS the Court's December 22, 2022, Order adopted the parties proposed schedule, set a status conference for April 11, 2023, at 10:30 a.m. and excluded time between December 22, 2022, and April 11, 2023. (Dkt. No. 10)

WHEREAS Mr. Brian Ponder filed a notice of appearance on behalf of the Defendant on December 22, 2022, and filed:

1. Two letters dated December 22, 2022, objecting to the Government's December 21, 2022, joint letter and seeking vacatur of the Court's Order adopting the proposed schedule. (Dkt. Nos. 12 and 13);

2. A Notice of Filing of Discovery Letter. (Dkt. No. 14);

3. A Motion for Speedy Trial. (Dkt. No. 15);

4. A Letter Motion (i) withdrawing Defendant's prior objections at docket numbers 12, and 13; (ii) seeking permission to file a new proposed schedule by January 2, 2023, and (iii) seeking a one-week extension to fulfill his remaining conditions of release. (Dkt. No. 16); and

5. A Letter Motion seeking to modify Defendant's travel condition of release to permit travel throughout the United States and its territories. (Dkt. No. 17). It is hereby

**ORDERED** that Defendant's application at docket numbers 12 and 13 are **DENIED as moot.** The Court's December 22, 2022, Order shall remain in effect. It is further

**ORDERED** that by **December 29, 2022**, Defendant shall file a letter clarifying whether Ms. Dawn Florio, Mr. Brian Ponder or both will be representing Defendant in this matter. It is further

**ORDERED** that by **January 3, 2023**, Defendant shall file a letter stating whether he objects to the current schedule for discovery and pretrial motions, or to the exclusion of time through the date of status conference. To the extent there is an objection, the parties shall confer, and Defendant shall include in the letter a proposed modification to the schedule and state whether the parties agree to the proposed modification. It is further

**ORDERED** that the deadline for Defendant to fulfill his remaining conditions of release is extended to **January 3, 2023**. No further extension will be granted absent extraordinary circumstances. It is further

**ORDERED** that the parties shall appear for a status conference on **January 10, 2023, at**

**10:30 a.m**.  It is further

**ORDERED** that Defendant's Motion for Speedy Trial (Dkt. No. 15) is **DENIED** **without prejudice** to renewal at the January 10, 2023, status conference.  Any other outstanding issues will be addressed at the status conference.

The Clerk of the Court is directed to terminate the motions at docket numbers 15, 16, and 17.

Dated:  December 27, 2022
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE