UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:22-cr-00692-LGS |
| LAMOR WHITEHEAD, | NOTICE OF RECEIPT OF DISCOVERY FROM THE GOVERNMENT |
| Defendant. | PURSUANT TO ORDER [5] & FRCrP 16 |

Defendant LAMOR WHITEHEAD ("Defendant") by and through his undersigned counsel hereby gives notice of receipt, on 12/31/2022, 5:47 PM ET, of the Government's disclosures and discovery production pursuant to this Court's Order [5] entered on 12/19/22 and FRCrP 16(a).

Defendant notes that the Court Order [5] entered on 12/31/2022, required the Government to disclosure information under *Brady v. Maryland*, 373 U.S. 83 (1963) and *Giglio v. United States*, 405 U.S. 150 (1972) stating, "The Government shall disclose such information to the defense ***promptly*** after its existence becomes known to the Government so that the defense may make effective use of the information in the preparation of its case." [5] at p. 1 (emphasis added). Under Local Criminal Rule 12.4, "'promptly' shall mean 'within fourteen (14) days,'" therefore, the Government was required to disclose to defense any *Brady* and *Giglio* information in its possession by 1/3/2023, since 1/2/2023 was a Court legal holiday. *See* Fed. R. Crim. P. 45(a)(1)(C). Therefore, the Government's production of any *Brady* and *Giglio* information in its possession was timely. However, any *Brady* and *Giglio* information in the Government's possession at the time of the Order [5] that has not been disclosed to the defense is now untimely and subject to sanctions. [5].

Defendant further notes that Defendant served Rule 16(a) discovery requests upon the Government on 12/23/2022. So, all of the Government's Rule 16(a) disclosures are due 1/6/2023.

Defendant further notes the Government's continuing duty to disclose under Rule 16(c).

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: New York, New York<br>January 3, 2023 | s/ Brian L. Ponder<br>Brian L. Ponder, Esq. (BP0696)<br>BRIAN PONDER LLP<br>TRIAL LAWYERS<br>745 Fifth Avenue, Suite 500<br>New York, New York 10151-0099<br>Telephone: (646) 450-9461<br>Facsimile: (646) 607-9238 (not for service)<br>Email: brian@brianponder.com (not for service)<br>ATTORNEY FOR DEFENDANT |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>               v.<br><br>LAMOR WHITEHEAD,<br><br>                              Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

                                        Respectfully submitted,

Dated: New York, New York                s/ Brian L. Ponder
           January 3, 2023               Brian L. Ponder, Esq. (BP0696)
                                         BRIAN PONDER LLP
                                         TRIAL LAWYERS
                                         745 Fifth Avenue, Suite 500
                                         New York, New York 10151-0099
                                         Telephone: (646) 450-9461
                                         Facsimile: (646) 607-9238 (not for service)
                                         Email: brian@brianponder.com (not for service)
                                         ATTORNEY FOR DEFENDANT

3