UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                          Plaintiff,<br><br>                    v.<br><br>LAMOR WHITEHEAD,<br><br>                                          Defendant. | Case No. 1:22-cr-00692-LGS |

**NOTICE OF RECEIPT OF DISCOVERY DISCLOSURES AND PRODUCTION FROM THE GOVERNMENT PURSUANT TO FED. R. CRIM. P. 16(a)**

Defendant LAMOR WHITEHEAD ("Defendant") by and through his undersigned counsel hereby gives notice of receipt, on 01/06/2023, 9:10 PM, of the Government's purported disclosures and production pursuant to Defendant's Fed. R. Crim. P. 16(a) discovery requests served on 12/23/2022. Defendant reserves and does not waive any objections thereto. Defendant notes the Government's continuing duty to disclose pursuant to Fed. R. Crim. P. Rule 16(c), which provides:

CONTINUING DUTY TO DISCLOSE. A party who discovers additional evidence or material before or during trial must promptly disclose its existence to the other party or the court if:
(1) the evidence or material is subject to discovery or inspection under this rule; and
(2) the other party previously requested, or the court ordered, its production.

Fed. R. Crim. P. Rule 16(c).

Under Local Criminal Rule 12.4, "'promptly' shall mean 'within fourteen (14) days[.]'"

                                        Respectfully submitted,

Dated: New York, New York            s/ Brian L. Ponder
            January 8, 2023                Brian L. Ponder, Esq. (BP0696)
                                        BRIAN PONDER LLP
                                        TRIAL LAWYERS
                                        745 Fifth Avenue, Suite 500
                                        New York, New York 10151-0099
                                        Telephone: (646) 450-9461
                                        Facsimile: (646) 607-9238 (not for service)
                                        Email: brian@brianponder.com (not for service)
                                        ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | <br><br><br>Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

Respectfully submitted,

Dated: New York, New York
January 8, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT