UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

           -against-

LAMOR WHITEHEAD,
                            Defendant,
------------------------------------------------------------X

22 Cr. 692 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS an initial conference was held on January 10, 2023. It is hereby

**ORDERED** that by **January 24, 2023**, the parties shall meet and confer to reach an agreement on and/or narrow the scope of the bill of particulars. It is further

**ORDERED** that by **January 31, 2023**, the parties shall file a joint letter updating the Court on the status of discovery, describing are any remaining issues with respect to the bill of particulars, and if needed, proposing a briefing schedule for any motions related to these issues. It is further

**ORDERED** that the current briefing schedule and status conference date, as set forth in the Court's December 22, 2022, Order, shall remain in effect.

Dated: January 13, 2023
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE