UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**DEFENDANT'S NOTICE OF EMERGENCY MOTION FOR SPECIAL ORDER PURSUANT TO LOCAL CRIMINAL RULE 23.1(h)** |
|---|---|

    Defendant LAMOR WHITEHEAD ("Defendant") respectfully moves this Court for a special order pursuant to Local Criminal Rule 23.1(h) against United States Attorney Damian Williams, Federal Bureau of Investigation Assistant Director Michael J. Driscoll, and government agent Brandon Belmonte on the grounds that said persons released or authorized the release of non-public information or opinion which was disseminated by means of public communication in connection with this pending litigation that created a substantial likelihood that such dissemination will interfere with a fair trial or otherwise prejudice the due administration of justice. Defendant's motion is supported by this notice of motion, brief in support and exhibits, and any oral argument that may be heard by the Court. This motion is filed on an emergency basis as time is of the essence to prevent any further violations of Local Criminal Rule 23.1. Accordingly, Defendant requests that the Government be ordered to respond in five (5) versus fourteen (14) days as per Local Rules.

                                            Respectfully submitted,

Dated: New York, New York         s/ Brian L. Ponder
       January 17, 2023              Brian L. Ponder, Esq. (BP0696)
                                            BRIAN PONDER LLP
                                            TRIAL LAWYERS
                                            745 Fifth Avenue, Suite 500
                                            New York, New York 10151-0099
                                            Telephone: (646) 450-9461
                                            Facsimile: (646) 607-9238 (not for service)
                                            Email: brian@brianponder.com (not for service)
                                            ATTORNEY FOR DEFENDANT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Case No. 1:22-cr-00692-LGS |
| LAMOR WHITEHEAD, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

                                  Respectfully submitted,

Dated: New York, New York        s/ Brian L. Ponder
         January 17, 2023           Brian L. Ponder, Esq. (BP0696)
                                            BRIAN PONDER LLP
                                            TRIAL LAWYERS
                                            745 Fifth Avenue, Suite 500
                                            New York, New York 10151-0099
                                            Telephone: (646) 450-9461
                                            Facsimile: (646) 607-9238 (not for service)
                                            Email: brian@brianponder.com (not for service)
                                            ATTORNEY FOR DEFENDANT