UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>                    Defendant. | Case No. 1:22-cr-00692-LGS |
|---|---|

## DEFENDANT'S NOTICE OF MOTION FOR NOTICE BY THE GOVERNMENT PURSUANT TO RULE 12 OF ITS INTENTION TO USE SPECIFIC EVIDENCE ARGUABLY SUBJECT TO SUPPRESSION

Defendant LAMOR WHITEHEAD ("Defendant") moves this Honorable Court for entry of an Order directing the government to make inquiry and to serve and file specific written notice and designations, pursuant to Rule 12(b)(4) of the Federal Rules of Criminal Procedure. Defendant's motion is supported by this notice of motion, Defendant's memorandum of law in support filed simultaneously herewith, and any oral argument that may be heard by the Court.

Respectfully submitted,

Dated: New York, New York
       January 19, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>                                   Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

                                            Respectfully submitted,

Dated: New York, New York         s/ Brian L. Ponder
        January 19, 2023               Brian L. Ponder, Esq. (BP0696)
                                            BRIAN PONDER LLP
                                            TRIAL LAWYERS
                                            745 Fifth Avenue, Suite 500
                                            New York, New York 10151-0099
                                            Telephone: (646) 450-9461
                                            Facsimile: (646) 607-9238 (not for service)
                                            Email: brian@brianponder.com (not for service)
                                            ATTORNEY FOR DEFENDANT