UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>                                Defendant. | Case No. 1:22-cr-00692-LGS |
|---|---|

## DEFENDANT'S NOTICE OF MOTION FOR PRETRIAL PRODUCTION OF EVIDENCE ADMISSIBLE TO ATTACK THE CREDIBILITY OF THE GOVERNMENT'S AGENT OR EMPLOYEE DECLARANT, BRANDON BELMONTE, NOT TO BE CALLED AS A WITNESS

Defendant LAMOR WHITEHEAD ("Defendant" or "Bishop Whitehead") pursuant to Rule 806 of the Federal Rules of Evidence and the Government's constitutional *Brady* obligations, moves this Honorable Court for an Order requiring the Government to produce all evidence that would be admissible to attack the credibility of the non-testifying Government agent or employee declarant, Brandon Belmonte. Defendant's motion is supported by this notice of motion, memorandum of law in support filed simultaneously herewith, and any oral argument heard herein.

Respectfully submitted,

Dated: New York, New York
       January 20, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

Respectfully submitted,

Dated: New York, New York
       January 20, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT