UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS |

## AFFIRMATION OF CONFERENCE OF COUNSEL BY BRIAN L. PONDER, ESQ. PURSUANT TO LOCAL CRIMINAL RULE 16.1

I, Brian L. Ponder, Esq., attorney for Defendant LAMOR WHITEHEAD ("Defendant" or "Bishop Whitehead"), hereby certify that I have conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised by Defendant's motion for pretrial production of evidence admissible to attack the credibility of the Government's agent or employee declarant, Brandon Belmonte, not to be called as a witness, and have been unable to reach agreement on Defendant's said motion.

Respectfully submitted,

Dated: New York, New York
      January 20, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

Respectfully submitted,

Dated: New York, New York           s/ Brian L. Ponder
      January 20, 2023           Brian L. Ponder, Esq. (BP0696)
                                     BRIAN PONDER LLP
                                       TRIAL LAWYERS
                                       745 Fifth Avenue, Suite 500
                                       New York, New York 10151-0099
                                       Telephone: (646) 450-9461
                                       Facsimile: (646) 607-9238 (not for service)
                                       Email: brian@brianponder.com (not for service)
                                       ATTORNEY FOR DEFENDANT