UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                -against-

    LAMOR WHITEHEAD,
                             Defendant.

------------------------------------------------------------X

22 Crim. 692 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 17, 18, 19 and 20, 2023, Defendant filed four motions at Dkt. Nos. 38, 40, 42 and 44, respectively.  It is hereby

    **ORDERED** that, by **February 3, 2023**, the Government shall respond to each of the motions at Dkt. Nos. 38, 40, 42 and 44.  It is further

    **ORDERED** that, by **February 10, 2023**, Defendant shall file any reply in further support of any of the above motions.

Dated: January 20, 2023
         New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE