UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br>                    Defendant. | Case No. 1:22-cr-00692-LGS |
|---|---|

**NOTICE OF ERRATA TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR SPECIAL ORDER PURSUANT TO LOCAL CRIMINAL RULE 23.1(h)**

PLEASE TAKE NOTICE THAT Defendant LAMOR WHITEHEAD ("Defendant") respectfully submits this errata to his MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR SPECIAL ORDER PURSUANT TO LOCAL CRIMINAL RULE 23.1(h) [39], which was filed on 01/17/23, at Docket No. 39, in order to correct an inadvertent clerical (typographical) error. At page four (4) in section IV paragraph c, sentence two (2), reads, "Most generally, a government will be somebody acting in an official capacity on behalf of a Federal… government[,]" according to Jenna Solari, a senior instructor in the Federal Law Enforcement Training Centers Legal Division. However, it should have stated, "Most generally, a government agent will be somebody acting in an official capacity on behalf of a Federal… government[,]" according to Jenna Solari, a senior instructor in the Federal Law Enforcement Training Centers Legal Division. Defendant attaches as **Exhibit A**, the source of this quoted line.

Dated: New York, New York
       February 4, 2023

Respectfully submitted,
s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br>                              Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

                                        Respectfully submitted,

Dated: New York, New York            s/ Brian L. Ponder
       February 4, 2023              Brian L. Ponder, Esq. (BP0696)
                                     BRIAN PONDER LLP
                                     TRIAL LAWYERS
                                     745 Fifth Avenue, Suite 500
                                     New York, New York 10151-0099
                                     Telephone: (646) 450-9461
                                     Facsimile: (646) 607-9238 (not for service)
                                     Email: brian@brianponder.com (not for service)
                                     ATTORNEY FOR DEFENDANT