UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>                       Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**DEFENDANT'S NOTICE OF MOTION TO STRIKE ECF DOC. NO. 56** |

PLEASE TAKE NOTICE THAT Defendant LAMOR WHITEHEAD ("Defendant" or "Bishop Whitehead") respectfully moves this Honorable Court for an order striking ECF Doc. No. 56 filed by the Government on 2/7/2023, on the grounds that it improperly accuses Defendant, or its counsel, for lack of candor to the Court in Defendant's letter [55] via counsel served upon the Government via CM/ECF on 2/7/2023. This motion is supported by the record, a memorandum of law in support filed simultaneously herewith, and any oral argument. A proposed order granting the relief sought be Defendant is attached hereto.

Respectfully submitted,

Dated: New York, New York
       February 23, 2023

Application DENIED.

Dated: February 24, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS<br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing was served upon all parties via CM/ECF.

Respectfully submitted,

Dated: New York, New York
       February 23, 2023

s/ Brian L. Ponder
Brian L. Ponder, Esq. (BP0696)
BRIAN PONDER LLP
TRIAL LAWYERS
745 Fifth Avenue, Suite 500
New York, New York 10151-0099
Telephone: (646) 450-9461
Facsimile: (646) 607-9238 (not for service)
Email: brian@brianponder.com (not for service)
ATTORNEY FOR DEFENDANT