```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                                                            :    22 Cr. 692 (LGS)
                 -against-                                  :
                                                            :    ORDER
    LAMOR WHITEHEAD,                                        :
                                              Defendant,    :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS a status conference is currently scheduled for April 11, 2023, at 10:30 a.m. It is hereby

ORDERED that the status conference is adjourned to **May 8, 2023, at 4:30 p.m.**

Dated: April 10, 2023
New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**