**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

April 12, 2023

<u>VIA ECF</u>
Honorable Justice Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 77.

Dated: April 13, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

        RE:    *United States v. Lamor Whitehead*
                  <u>1:22-CR-692-LGS</u>

Honorable Justice Schofield;

    I, Dawn M. Florio, attorney at law, represent Lamor Whitehead on the above case matter.  I am asking for consent from your Honor to allow Mr. Whitehead to attend and do the Eulogy for Attorney Brian Ponder's Mother, Rosalyn Arnette Burns, that has passed.  Her services are scheduled for Saturday, April 15, 2023 at 10am at the following location:

Quitman Church of God
1405 E. Screven Street
Quitman, GA 31643

    Flight and Lodging have not been booked as of yet because we are awaiting the courts decision.  If it is approved, I will then immediately provide that information to the government and the court.  I have spoken to AUSA Hagan Scotten and the government defers to Probation.  Probation Evelyn Alvayero and Pretrial Kristen McKeoen consent to this request.  I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

                                                      Sincerely,

                                                    Dawn M. Florio

                                                    Dawn M. Florio, Esq.

CC:    All Counselors

