UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAMOR WHITEHEAD,<br><br>Defendant. | Case No. 1:22-cr-00692-LGS |
|---|---|

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD PURSUANT TO LOCAL CIVIL RULE 1.4**

Having considered the Motion for Brian L. Ponder, Esq. to withdraw as attorney of record in the above-captioned Action, and for good cause shown, the Motion for withdrawal of Brian L. Ponder, Esq. as attorney of record is GRANTED.

IT IS HEREBY ORDERED that attorney Brian L. Ponder and the law firm BRIAN PONDER LLP shall be removed from the official docket of this Action as well as the electronic case filing (ECF) service list.

IT IS SO ORDERED.

Dated: May 1, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1