UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
 :
UNITED STATES OF AMERICA, :
 :
        -against- : 22 Crim. 692 (LGS)
 :
LAMOR WHITEHEAD, : **ORDER**
                                Defendant. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant's motions with respect to Counts One through Four of the Superseding Indictment were due by March 15, 2023, and Defendant's motions with respect to Count Five of the Superseding Indictment were due by May 1, 2023.

WHEREAS, on May 1, 2023, Defendant filed a second motion seeking suppression of evidence from several search warrants. On page 4 of this motion, Defendant challenges a warrant with the Bates Number 14698-14779 (the "Warrant"). On page 29 of this motion, Defendant notes that additional exhibits will be filed separately under seal. These additional exhibits have not yet been received. It is hereby

**ORDERED** that Defendant shall file a letter by **May 4, 2023**, explaining whether the second motion -- including the arguments challenging the Warrant -- relates uniquely to Count V, and, if it does not, why the second motion is not untimely. It is further

**ORDERED** that Defendant shall file the Warrant and any additional exhibits under seal by **May 4, 2023**, by mailing a paper copy to the Court and emailing a courtesy copy to Schofield_NYSDChambers@nysd.uscourts.gov.

Dated: May 3, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    **UNITED STATES DISTRICT JUDGE**