UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                -against-                    22 Crim. 692 (LGS)

    LAMOR WHITEHEAD,                      **ORDER**
                                 Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a status conference is currently scheduled for May 8, 2023, at 4:30 p.m.  It is hereby

       **ORDERED** that the status conference is adjourned to June 13, 2023, at 11:45 a.m.

Dated: May 4, 2023
       New York, New York

                                             LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE