

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2023

**BY ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Whitehead</u>, 22 Cr. 692 (LGS)

Dear Judge Schofield:

The parties respectfully submit the following proposed dates for the filing of any motions *in limine*:

- Motions *in limine* shall be filed by January 12, 2024;
- Oppositions shall be filed by January 26, 2024; and
- Replies shall be filed by February 7, 2024.

The parties also propose a filing date of February 13, 2024, for joint proposed requests to charge, *voir dire*, and verdict sheets. In addition, the parties respectfully advise the Court as to the following:

- The Government plans to disclose 3500 and *Giglio* materials beginning on February 13, 2024, and on a rolling basis;
- The defense will disclose 26.2 materials on February 23, 2024, and on a rolling basis; and
- The defense will disclose defense exhibits to the Government on February 23, 2024.

                               Respectfully submitted,

                               DAMIAN WILLIAMS
                             United States Attorney

                     By: /s_____
                        Jane Kim
                        Jessica Greenwood
                        Derek S. Wikstrom
                        Assistant United States Attorneys
                        Tel.: (212) 637-2038 / 1090 / 1085