**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

July 26, 2023

<u>VIA ECF</u>
Honorable Justice Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 1106
New York, NY 10007

       RE: *United States v. Lamor Whitehead*
          <u>1:22-CR-692-LGS</u>

Honorable Justice Schofield;

  I, Dawn M. Florio, attorney at law, represent Lamor Whitehead on the above case matter. I am asking for consent from your Honor to allow Mr. Whitehead for a speaking engagement associated with his work. Mr. Whitehead flight and hotel accommodations are attached following this cover letter.

  I have spoken to AUSA Hagan Scotten and the government objects to this request. Probation Evelyn Alvayero has no reservations regarding this travel for work purposes; however, she is asking that approval be pending a copy of the flight itinerary and documentation for hotel accommodations. Additionally, Ms. Alvauero would ask that he contacts PTS within 24 hours of his return home. I am requesting that this application be acknowledged and considered.

  Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

This travel application is Granted subject to the fulfillment of the following conditions. No later than <u>5:00 p.m.</u> today, Defendant shall provide his Pretrial Services Officer with documentation of his flight itinerary and hotel accommodations. Within 24 hours of his return on July 30, 2023, Defendant shall contact his Pretrial Services Officer. Any future travel application shall include information about the nature of the employment related activity. The Clerk of the Court is directed to terminate the letter motion at docket number 101.

Dated: July 26, 2023
New York, New York

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

12:09

# Spirit Airlines Flight Confirmation: RL2J6A  Inbox

### Newark to Las Vegas – NK 440
Jul 27 at 8:30 AM–Jul 27 at 10:55 AM

**Take-off**
Thu, Jul 27 at 8:30 AM

**Landing**
Thu, Jul 27 at 10:55 AM

**Flight duration**
5 hr, 25 min

| Passenger name | Seat |
|---|---|
| Lamor Whitehead | - |

**Confirmation number**
RL2J6A

### Las Vegas to Newark – NK 697
Jul 30 at 1:19 PM–Jul 30 at 9:19 PM

**Spirit Airlines** Jul 20
to me

**spirit**
HOTEL   CAR   TRIPS   PARTNERS

Thank you for choosing Spirit Airlines. This notice contains

## Rio All-Suite Hotel & Casino
Jul 27 – 30

**Check in**
Thu, Jul 27 at 4:00 PM

**Check out**
Sun, Jul 30

**Duration of stay**
3 nights

**Address**
3700 West Flamingo Road, Las Vegas, NV 89103, USA

**Phone number**
+1 800-327-1200

**Confirmation number**
35861286516

Modify reservation


Please continuously check all **COVID-19 related restrictions** directly with airlines prior to travel as they may change. Learn more

Please check your terminal and gate information with the airline directly at least 24 hours before departure.

#  Flight Details

Status: Check now

## Departing Flight

 Make Changes



**Spirit Airlines**
Flight 440
Aircraft: 32A
AIRBUS INDUSTRIE A320 SHARKLETS 123-180 STD SEATS

Nonstop | Coach - **Base Fare**
Baggage Fees | Visa & Passport Info
Terminal & Gate Information

Thu, Jul 27, 2023
Newark Liberty, New Jersey
**EWR - 8:30 am**

Las Vegas Harry Reid intl. airport, Nevada
**LAS - 10:55 am**
Thu, Jul 27, 2023

Travel Time:
**5h 25m**

Select Seats

**Click here to chat**
for help & support

## Return Flight

 Make Changes



**Spirit Airlines**
Flight 697
Aircraft: 32N
AIRBUS A320NEO 165 STD SEATS

Nonstop | Coach - **Base Fare**
Baggage Fees | Visa & Passport Info
Terminal & Gate Information

Sun, Jul 30, 2023
Las Vegas Harry Reid intl. airport, Nevada
**LAS - 1:19 pm**

Newark Liberty, New Jersey
**EWR - 9:19 pm**
Sun, Jul 30, 2023

Travel Time:
**5h 00m**



**Click here to chat**
for help & support