# Expedia

## Thank you, Lamor! Your booking is confirmed.

Itinerary # 72669797776201

[View full itinerary]

[Download to your phone]

### 👤 Traveler details
Adults, 2

### 🏢 Comfort Inn & Suites near Danville Mall



100 Tower Dr, Danville, VA, 24540 United States of America

| Check-in | Check-out |
|---|---|
| Thu, Oct 5 | Fri, Oct 6 |
| Check-in time starts at 3:00 PM | 11:00 AM |

Learn about this property's cleaning and safety practices before your trip begins.