UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

                            **LETTER**

      -against-

                          **IND# 22-CR-692 (LGS)**

**LAMOR WHITEHEAD,**

                      Defendant.
------------------------------------------------------------------X

Your Honor,

     Through this letter counsel Dawn M. Florio, Esq. writes to the Court regarding the Court's endorsement of the Government's proposed schedule.

     The defense consents to the charging conference being held telephonically on Thursday, February 29, 2024, at 2:00 PM.

DATED:    New York, New York
               February 15, 2024

                            Yours, etc.,

                            *Dawn M. Florio*

                            Dawn M. Florio Law Firm P.L.L.C.
                            **By DAWN M. FLORIO**
                            Attorney for Defendant
                            LAMOR WHITEHEAD
                            488 Madison Ave, 20th Floor
                            New York, NY 10022
                            (212)939-9539

To: Clerk of the District Court
    Southern District of New York

Assistant United States Attorney Jane Kim
Assistant United States Attorney Jessica Greenwood
Assistant United States Attorney Derek Wikstrom

---

The charging conference will be held telephonically on **Thursday, February 29, 2024, at 2:00 P.M.** on conference line 888-363-4749; access code 5583333. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 121.

Dated: February 16, 2024
       New York, New York

                            */s/ Lorna G. Schofield*
                            LORNA G. SCHOFIELD
                            UNITED STATES DISTRICT JUDGE