# EXHIBIT A
# SUBPOENA

Court Subpoena

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

TO:   Eric Lach

GREETINGS:

WE COMMAND YOU that all and singular business and excuses being laid aside, you appear and attend before the United States District Court for the Southern District of New York, 40 Foley Square, in the Borough of Manhattan, City of New York, New York, in the Southern District of New York, at the following date, time and place:

Appearance Date:   February 26, 2024         Appearance Time:   9:45 a.m.
Appearance Place:   40 Foley Square, Courtroom 1106

to testify and give evidence in the following matter:

*United States v. Lamor Whitehead*, S1 22 Cr. 692 (LGS)

and not to depart the Court without leave thereof, or of the United States Attorney.

**The scope of the testimony required by this subpoena is limited to: testimony necessary to authenticate on-the-record statements made by Lamor Whitehead to Eric Lach that were subsequently quoted in the article "The Mayor and the Con Man" from the January 14, 2023 issue of** *The New Yorker***, available at https://www.newyorker.com/news/our-local-correspondents/how-eric-adams-started-mentoring-a-con-man.**

Failure to attend and produce any items hereby demanded will constitute contempt of court and will subject you to civil sanctions and criminal penalties, in addition to other penalties of the Law.

DATED:   New York, New York
         February 15, 2024

*Damian Williams* /J.G.
DAMIAN WILLIAMS
*United States Attorney for the*
*Southern District of New York*

*Jessica Greenwood*
Jessica Greenwood
Assistant United States Attorney
1 St. Andrew's Plaza
New York, NY 10007
Telephone:   (212) 637-1090

