UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA,

        -against-                    22 Crim. 692 (LGS)

LAMOR WHITEHEAD,                    **ORDER**

                              Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 23, 2024, the parties and non-party Eric Lach were directed to file letters stating whether they consent to the Court interviewing separately, ex parte, and in camera (1) defense counsel regarding potential areas of cross examination, and (2) Mr. Lach regarding the likelihood of eliciting protected information, including confidential source material.

      WHEREAS, Mr. Lach consented, on the condition that counsel accompany him. The Government objected to the interview with defense counsel but did not object to the interview with Mr. Lach. Defendant did not file a letter. It is hereby

      **ORDERED** that Mr. Lach, accompanied by counsel, shall participate in an ex parte, in camera interview at **5:00 P.M. on February 26, 2024**. The interview will be held in Courtroom 1106, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. The interview with defense counsel will not be held.

Dated: February 24, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**