UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA,

                    -against-                    22 Crim. 692 (LGS)

    LAMOR WHITEHEAD,                    **ORDER**

                                Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order dated February 15, 2024, scheduled the charging conference in this action for February 29, 2024, at 2:00 P.M.  As discussed with the parties before the start of trial, it is hereby

       ORDERED that the charging conference shall be held at **4:00 P.M. on February 29, 2024.**

Dated: February 27, 2024
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**