UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
   UNITED STATES OF AMERICA,

                -against-                     22 Crim. 692 (LGS)

   LAMOR WHITEHEAD,                   **ORDER**

                             Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated February 23, 2024, directed Defendant to provide notice if he planned to call Brandon Belmonte to testify so Mr. Belmonte could first testify outside the presence of the jury.  Defendant has informed the Court that he plans to call Mr. Belmonte to testify.  It is hereby

**ORDERED** that the Brandon Belmonte shall testify outside the presence of the jury at **9:00 A.M. on March 5, 2024,** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

Dated: February 29, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**