22 Cr. 692 (LGS)

United States of America v. Lamor Whitehead

COURT EXHIBTS