UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-

LAMOR WHITEHEAD,
                        Defendant.
-------------------------------------------------------------X

22 Cr. 692 (LGS)

REMAND ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a hearing was held on May 20, 2024.  It is hereby,

    **ORDERED** that Defendant LAMOR WHITEHEAD's bail is **REVOKED**.  It is further,

    **ORDERED** that Defendant LAMOR WHITEHEAD is hereby remanded to the custody of the United States Marshal.

Dated: May 20, 2024
New York, New York

                                            LORNA G. SCHOFIELD
                                            United States District Judge