UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                  -against-                        22 Cr. 692 (LGS)

                                              ORDER
    LAMOR WHITEHEAD,
                                  Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       It is hereby **ORDERED** that the sentencing hearing currently scheduled for July 1, 2024, is rescheduled to **June 17, 2024, at 10:00 a.m.** Defendant's sentencing submission shall be filed by **June 3, 2024**. The Government's sentencing submission shall be filed by **June 10, 2024**.

Dated: May 20, 2024
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                         UNITED STATES DISTRICT JUDGE