To Whom It May Concern,

My name is Yvette Brignol, and I served as a 9/11 World Trade Center rescue worker, facing numerous medical challenges as a result. I have dedicated over 20 years of my life to serving our city.

I am writing this letter in support of Bishop Whitehead. I have been following him on all his social media platforms because, for many years, I have been seeking a clear understanding of the Word of God. Due to my injuries from the World Trade Center, which have left me with PTSD, I have struggled to find solace.

When I listen to Bishop Whitehead's words on Sunday mornings and engage in worship throughout the week, it uplifts me and instills hope that everything will be alright. It deeply saddens me to hear that he is facing challenges, especially when we already have so many Black males incarcerated, separated from their family and loved ones.

Losing access to his messages, which often feel personally directed towards me, would not only be a loss for his family but also for the parishioners who eagerly await the Word of God on Sunday mornings. Thank you for allowing me to share this character letter, and I sincerely pray that God grants Bishop Whitehead the opportunity to continue guiding us closer to God's path without facing any time in jail.

Best regards,

Yvette Brignol

May 24, 2024

To Hon. Lorna Schofield,

I am Aneesah Glanton Ross. I am an educator and social worker, and I own my own childcare center. I am writing this character letter on behalf of Bishop Lamor Whitehead. I have known Lamor as a friend for over seven years. He has been nothing less than a helpful kind human being. He has always given me encouraging words and extended his hand in helping in any way he can. He always felt as if he was judged because of his flashy dressing and life style but his heart is pure as gold. I'm glad I got a chance of witnessing his good works for myself and not judging him on the opinions of others. He would literally give you his flashy clothing and help anyone in any way he can. He never looked for anything from anyone. His main goal was sharing the goodness of God and wanted everyone to know how much he loves Jesus.

If you have any questions or concerns, please don't hesitate to reach out directly to me at 862-233-5027.

Thank you,

Aneesah Glanton Ross

To The Honorable Judge Lorna Schofield,

My name is Gaelle Ladouceur and I have been a member and leader at Leaders of Tomorrow International Ministries under the leadership of Chief Apostle Bishop Lamor Miller Whitehead for the last 5 years. As someone who has had the opportunity to watch Bishop throughout the years operate in his office as Bishop and now Chief Apostle, it pains me to see the scrutiny he endures day in and day out in the eyes of the media and the world. The guilty verdict he received was not a representation of who this man of God is to his church, family, friends and to the world. Many people have questioned the character and the integrity of Bishop Lamar Whitehead on the basis of what has been presented. In this moment, I would love to share the impact that Chief Apostle has made and continues to make in my life and my family's life.

Bishop has saved my children and I's life countless times, almost too much to count. I am a mother of 2 young boys, ages 4 and 5 years old. I was out of work and in a verbally and physically abusive relationship with my children's father who also did not work. An unimaginable weight rested on my shoulders. I was spiritually immature, doubted, lacked vision and self-worth. I was timid, anxious, self-conscious and depressed. I struggled in every area and aspect of my life. I was completely lost and had no hope for the future for myself and my children. True happiness seemed unattainable.

In John 4:8 it states "he who does not love does not know God, for God is love." There has not been one time that I have not called Bishop for guidance that he did not deliver. His love for God is extraordinary and the way he loves his leaders, friends, family and the members of the church is unmatched. Bishop is known for random Facetime calls to "check in" on the staff and members to make sure we are doing okay. I can vividly remember the times my fridge was empty, not knowing where the next meal was going to come from and then receiving a random FaceTime call from Bishop to check in, shortly after I would find grocery money sitting in my cash app to feed my family. This is one example among many examples. It has never been in Bishop's nature to see those he loved struggling and not do something about it.

Bishop has counseled me through my darkest times and seasons and the Lord has used him and continues to use him to deliver me from everything that has held me in chains to reach my full potential in life. He has helped me to understand my worth and my value as a mother and a woman of God. His wisdom has helped me through life's roller coasters. His words always give me strength to know that everything will be okay. He is the pastor that God chose for me to sit under, and under his leadership I am seeing results! Today, I stand in confidence as a strong woman and mother, pursing entrepreneurship, setting goals for my children and I, spiritually mature, bold and filled with joy.

There are so many things I can say about Chief Apostle Bishop Lamar Whitehead. Honestly, there aren't enough definitions in the most up to date dictionary to describe who he is as a person and what he means to me. Bishop is resilient, witty, unwavering, ingenious, genuine, fervent and faithful. Malice does not exist with this man of God. He is an example for this world and other leaders who watch him. His work in the community, is something to marvel about because he doesn't do it for publicity, like many others, but he does it because of who he is. You can always bet Bishop has a toy drive for Christmas or a Turkey drive for Thanksgiving going on. I pray that you can see past the lies and really hone in on the who Bishop really is as a person. Please find it in your heart to reconsider his case and show him mercy.

Sincerely,

Gaelle Ladouceur

Dear Honorable Judge Lorna Schofield,

My name is Erin Gannie. The purpose of this letter is to inform you, that I have been under the tutelage and shepherdship of Chief Apostle Bishop Lamor Miller Whitehead since 2019 via his chur h, Leaders of Tomorrow international Ministries. I have been under his direct leadership since 2021.

I can attest that Apostle Whitehead is a man of structure, integrity, and honor with reverence for God and obedience to God. He honors God and God's people. Apostle Whitehead has been a truthful and trustworthy man; he has always been considerate to people's life situations and circumstances. Whenever someone is struggling or facing a crisis in their lives he is there for them. You never have to ask or demand help, encouragement, or prayer. He just knows, and arrives to do what he can.

Apostle Whitehead, instantaneously helps, without ever expecting anything in return. He will check in, seemingly randomly, to see if you are in need and if there is anything he can do to help. He gives encouragement and positivity.

Since I have been under Apostle Whitehead's leadership, he has demonstrated that he is a true man of God, a dedicated husband, and father, a true head of the house and the church. He is an example of what strength and integrity look like. I have learned so much in regards of accountability, withstanding persecution, ridicule, and hardships. While Apostle Whitehead is going through something he remains loving, mature, forgiving, and considerate towards those that are in opposition of him. He remains positive, hopeful, and trusting in God.

I wholeheartedly believe that Apostle Whitehead is a person of good character, accountable, and an authentic man of faith and of God. His love and integrity is truly contagious, and he is a man of his word.

I trust him. I trust his leadership. He is a valuable member of society, the community, our spiritual family, and the Lord's church. I am a much wiser, stronger, and a spiritually mature person since being under Apostle Whitehead's shepherdship. Please consider all the things that are said concerning Apostle Whitehead and his current situation.

Thank you for your time and consideration of my words.

Kindest regards,

Erin Gannie

Hon. Lorna G. Schofield Thurgood Marshall

United States Courthouse 40 Foley Square

New York, NY 10007

Your Honor,

My name is Stoldia Ducrepin, and I am writing to provide a heartfelt character reference for Bishop Lamar Whitehead, a person I have had the pleasure of knowing for over 25 years. Throughout the years, I have consistently seen him embody integrity, compassion, and a profound dedication to his community.

Bishop Whitehead is a leader who deeply cares for his congregation and the broader community. As the head of Leaders of Tomorrow International Church, he has demonstrated an unwavering commitment to serving others. His tireless work in various community outreach programs has significantly impacted the lives of many individuals and families. Whether organizing food drives, starting youth mentorship programs, or planning initiatives to support the homeless, Bishop Whitehead's efforts have consistently exemplified his selflessness and concern for the welfare of others.

Beyond his community service, Bishop Whitehead's wisdom and guidance have been a source of strength and inspiration. His sermons and teachings are not only spiritually uplifting but also practical, providing valuable life lessons that resonate with people from all walks of life. His unique ability to connect personally with individuals has fostered a sense of belonging and support within the community.

Bishop Whitehead is also a man of remarkable resilience and strength. He has faced challenges with grace and dignity, always emerged with a positive outlook and renewed vigor to continue his mission. His perseverance is an inspiration to many and a testament to his unwavering character.

In conclusion, Bishop Lamar Whitehead is a person of exceptional character and a pillar of our community. His leadership, compassion, and unwavering commitment to service make him a remarkable individual. I am confident that he will continue to positively impact all those fortunate enough to cross his path.

Please feel free to contact me if you require any further information.

Sincerely,

Stoldia Ducrepin

Dear Honorable Judge Schofield,

I am Vaughn Bruton, and I am writing this letter to speak to the character of my friend, whom I consider a brother, Bishop Lamor M. Whitehead. Lamor is extremely passionate about serving God and uplifting his community. I personally witnessed him give away turkeys to feed families for Thanksgiving and do toy drives during Christmas for children in need. He has also done back-to-school shopping sprees for kids in Brooklyn.

Lamor is a smart, well-rounded leader; he is able to connect with the urban youth in his community because he truly understands their experience. He has opened his church for game nights where all can come watch the playoffs and Superbowl on the big screen. Lamor had plans to expand his ministry to include GED programs for teens and young adults.

Judge, I am hoping you will see that Bishop Lamor should be free to continue his work. Many are counting on him for guidance.

Sincerely,

Vaughn Bruton

To,
The Honorable Judge,
District Court,
Hon. Lorna Schofield

Dear Hon. Lorna Schofield,

I am writing this letter regarding my dear friend, Pastor, mentor and Bishop, Lamor Whitehead. I want to bring to your light the kind of person that he is, despite the grave allegations that he has faced in recent time. I have known him for the past years as a Bishop. He is a true gentleman and is always true to his words. His enthusiasm has led to many good works in society and in the community.

There have been many things that he has done in the community from giving back and talking to the community to stop the violence. As a Bishop he performs funeral services for people that have lost a loved one at no cost. His free real estate classes have helped me be in a position to take and pass the exam to become a real estate agent.

I am very well aware of the charges that he is facing and the consequences of those charges, but looking at the current situation of the Whitehead family and the Church I would like to plead for leniency. Bishop Whitehead is a well-mannered gentleman, and I am sure he will learn from this experience and will not think of going back to court for any reason.

Even when he was attacked in the media, and being harassed by them, he remained calm and cool. I hope you look into this matter and consider this character reference letter before passing Judgement. Bishop Whitehead will strive to make amends, and I am sure we will get to see his good works bringing fruitful results to our society and community again.

Thank You,

Sincerely Jules Marles

To Whom it May Concern,

We, Mack and Texeria Jackson, are writing this letter to provide a character reference for Bishop Lamor Whitehead. We have known Bishop Lamor Whitehead for 4 years serving as leaders on his Levitical team at Leaders of Tomorrow International Ministries. Throughout this time, we have found Bishop Lamor Whitehead to be a person of integrity, reliability, generosity, compassionate, trustworthy and kind.

Bishop Whitehead has always been concerned about the well-being of the members of his church and the community. When I was diagnosed with kidney cancer Bishop Whitehead along with my husband was one of the first faces I saw after waking from a radical nephrectomy. Bishop Whitehead was caring, compassionate and concerned for my wellbeing. Bishop Whitehead had labored in prayer for me and my family.

When Mack's mother was sick and on her death bed in another state, Bishop Whitehead took the time out of his day to pray with Mack and his mother. Although it doesn't seem like much but it meant a great deal to all of us, he gave Mack's mother comfort in her final days.

Bishop Whitehead has always been compassionate, integral and kind. Bishop Whitehead wants everyone around him to be a better person. He encouraged everyone around him to improve their lives and reach for more. Bishop Whitehead is a staple in the community, always giving back to the community. Bishop Whitehead conducts an annual Thanksgiving Turkey drive and donates groceries, annual Christmas toy drives, and an annual back to school drive giving children gift cards for school clothes, book bags and school supplies.

Bishop has helped people pay their rent, mortgages, utilities, personal bills and put groceries in their home. Bishop never wanted to see anyone go without. Bishop Whitehead was raised by a strong single mother and has a soft spot in his heart for single mothers. Bishop Whitehead would offer assistance to the expecting mothers as much as possible, gifting the necessities for the beginning of life: cribs, strollers, car seats, toys and bottles.

Bishop has consistently demonstrated positive traits, of kindness, honesty, responsibility and generosity. Bishop Whitehead's character has positively impacted those around them and the people of the community.

Sincerely,

Mack and Texeria Jackson

Your Honor,

My name is Chantelle Wilson and I have known Bishop Lamor Whitehead since 2019, in my capacity as a Pastor at Leader of Tomorrow international ministries. Despite the charges against Mr. Whitehead, I can attest to his outstanding character and positive impact on those around him. In the time I have known Bishop Whitehead, he has consistently displayed qualities like positive energy, honesty, kindness, a strong work ethic, and being a family-oriented person. For example, If I needed help with family issues or work-related problems he would guide me or connect me with someone who could solve my issues.

The allegations in this case are out of character for Bishop Whitehead based on my experiences with him. Regardless of the circumstances, Mr. Whitehead has shown a dedication to learning from this experience and will surely emerge as a better person. Bishop Lamor Whitehead has already faced consequences from this situation in the form of strained relationships and public shame. Despite these circumstances, Bishop Lamor Whitehead still has the unwavering support and care from loved ones like his wife, kids, family, and church members. We believe this period of difficulties is not reflective of who Bishop Lamor truly is.

Your Honor, I humbly ask that you consider Bishop Lamor Whitehead's long-standing virtues and positive impact when determining his sentencing. A harsh punishment could potentially undo years of hard work and jeopardize his ability to continue being a productive member of society. Thank you for your time and consideration.

Sincerely,

Chantelle Wilson

From:

E. Angel Crawford

Subject: Character Witness Testimony for Apostle Lamor M. Whitehead

Dear Honorable Judge Lorna Schofield,

I am writing to provide a written character testimony on behalf of Apostle Lamor M. Whitehead, who I sincerely believe has been unfairly maligned. I have had the Honor and Privilege of knowing Apostle Whitehead since 2019 and can confidently attest to his exceptional character, unwavering dedication to his community and commitment to upholding the law.

Over the years, I have witnessed Apostle Whitehead's tireless efforts in supporting and uplifting those in need. His compassion, empathy and genuine desire to make a positive difference in the lives of others have been evident in all his actions. His leadership within the community has been instrumental in fostering unity, promoting social justice, and providing guidance to individuals from diverse backgrounds.

Apostle Whitehead has consistently demonstrated integrity and principles in his personal, professional and spiritual life. He upholds the highest ethical standards and has never engaged in any behavior that would compromise his moral compass or the trust placed in him by his congregation and/or the community at large.

I am deeply concerned about the recent conviction against Apostle Whitehead. I firmly believe that this conviction is a result of a grave misunderstanding. The accusations levied against him are entirely inconsistent with the character traits I have witnessed in person over the years.

I humbly request that you consider my written testimony as a character witness for Apostle Lamor M. Whitehead during the upcoming sentencing hearing. I believe it is crucial for you to have a comprehensive understanding of his true character and the positive impact he has had on the lives of countless individuals. I am confident that my testimony, along with those of other character witnesses, will shed light on the genuine nature of Apostle Whitehead and contribute to a fair and just outcome.

Regards,

E. Angel Crawford