

April 24th, 2024



Dear Honorable Judge,

I am writing to you in support of Bishop Lamor M. Whitehead, whom I have known for many years. Throughout our interactions, Bishop Whitehead has consistently demonstrated unwavering integrity, compassion, and dedication to serving his community.

As a pastor, Bishop Whitehead has shown immense care and support for those in need, offering guidance and comfort in times of hardship. His leadership within his congregation has brought about positive change and unity among his members.

I believe that Bishop Whitehead is a man of great moral character and upstanding reputation. I have full confidence in his ability to continue serving his community with grace and humility. I trust that he will uphold the values of honesty and righteousness in all aspects of his life.

I respectfully request that you consider this letter as a testament to Bishop Whitehead's character and ask for leniency in any proceedings involving him. Thank you for your time and consideration.

Sincerely,

Bishop Darryl L Hill, Senior Pastor