Your Honor,

My name is Rasheed Anderson, and I am writing this statement to express the profound and devastating impact that Lamor Whitehead's actions have had on myself, my mother, Pauline Anderson, and our entire family. I was born and raised in Jamaica. I am 30 years old, married, and have two children. I have dedicated myself to building a better future for my family. My mother, who was married at the time, was left to care for me as a baby and my three-year-old brother when my father ran off to the United States. I met my father once when I was eight and never saw him again. My mother's strength and resilience in raising us alone have always been a source of inspiration for me. Unfortunately, the crime committed by the defendant has caused significant emotional, financial, and physical distress to us all. I was used and taken advantage of, and because of that, every day, I have to see my mother suffer due to Lamor Whitehead's deceit, which is incredibly painful.

My mother, who is 58 years old, was defrauded out of $90,000 by the defendant. This incident has severely affected her and our family in ways that words can hardly capture. My mother, a native of Jamaica, was the first of her mother's seven children. She spent her teen years focused on achieving a career and creating opportunities for her less fortunate siblings. She completed her nursing degree in Jamaica, became an international nurse, worked in Scotland, London, and Florida, and finally settled in New York. Despite becoming a single mother, she saved diligently, supported us financially, and helped her siblings in Jamaica complete their education. Her dream of buying a home has been a lifelong ambition, but she has always selflessly put the needs of others above her own.

My mother has always been the driving force behind my brother and me, pushing us towards success in education and life. When we finished one degree, she encouraged us to pursue the next. "What about your Masters?" she would say. When that was finished, she asked, "What about your Doctorate?" As a form of encouragement, she suggested, "Let's all do this together, you, me, and Miguel." Despite her acute illness, her focus was always on providing for her family and achieving her lifelong dream of buying a home. The defendant broke her soul, and when she saw the text messages he sent to her, she was devastated. Even now, whenever she talks about this, she either tears up or outright cries. It hurts me as her son to see her like this since she has been defrauded.

My mother and I, who trusted the defendant, believed that her investment was safe, and the betrayal she experienced led to severe emotional distress. She suffers from depression and anxiety, feelings that are compounded by the trauma of the fraud. My grandmother, who is 77, and my aunt, who is battling a brain tumor, have also been deeply affected. The stress of this

situation has taken a toll on my entire family's mental health. My wife, Jarianna, lives in constant fear of potential retaliation from the defendant, which only adds to our collective anxiety and sense of insecurity.

The $90,000 that my mother lost was not just a financial blow but a devastating setback to her plans of finding and purchasing a home. Additionally, our family has spent over $50,000 in a civil lawsuit against the defendant in an attempt to recover the stolen funds. These expenses have drained our savings and diverted resources that could have been used to secure my mother's future and well-being. I work tirelessly daily to build my real estate business, striving to provide for my family and help my mother achieve her dream of homeownership. However, the drawn-out civil case has made it incredibly challenging to make progress.

The stress and anxiety from this situation have also impacted me and my mother's physical health. She has experienced increased blood pressure and other stress-related health issues. The overall well-being of our family has deteriorated as we struggle to cope with the emotional and financial strain. Almost four years have been lost, with more medical challenges escalating legal fees, and not a cent of that money has been returned to date. There are no words to explain my mother's grief and loss fully, but she continues to push on for herself and our family.

In conclusion, the defendant's fraudulent actions have caused irreparable harm to my mother and our entire family. We have been emotionally devastated, financially strained, and physically impacted by this crime. I hope the court considers the severe consequences of his actions and sees the suffering he has caused, and we hope for a resolution that will prevent him from harming others in the future.

Thank you for allowing me to share our story.

Sincerely,

Rasheed Anderson