UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                                                            :    22 Cr. 692 (LGS)
            -against-                                       :
                                                            :    ORDER
LAMOR WHITEHEAD,                                            :
                                    Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that, in connection with the actual and putative loans identified in the Presentence Report in paragraphs 46 to 52 (individually, "Loan"), by **June 13, 2024,** the parties shall state for each Loan and provide evidence substantiating: (i) the original principal amount of the Loan, the total amount of principal repaid before the offense was detected, and the total amount of principal repaid as of the time of sentencing, (ii) the value of any collateral disposed of in satisfaction of the Loan at the time of such disposition and the date of such disposition, (iii) the fair market value at the time of sentencing of any collateral not disposed of, or the most recent evidence of value, (iv) for collateral securing a mortgage loan, the fair market value of such collateral at the date on which Defendant's guilt was established, and the most recent tax assessment value of such collateral and date, (v) the itemized actual loss sustained by the lender and (vi) the actual or expected (intended) loss considering the foregoing and any other pertinent information.  See U.S.S.G. § 2B1.1, comment 3(E)(i)-(iii).

Dated: June 11, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE