UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
              -against-                             :    22 Crim. 692 (LGS)
                                                              :
LAMOR WHITEHEAD,                                              :    **ORDER**
                                       Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 25, 2024, Defendant filed a motion for a judgment of acquittal and for a new trial under Federal Rules of Criminal Procedure 29 and 33. Defendant challenges *inter alia* "the denial of the ability to re-argue the motion to controvert the search warrants." It is hereby

      **ORDERED** that the Government shall email to Schofield_NYSDChambers@nysd.uscourts.gov a courtesy copy of all warrant affidavits that reference the May 5 recording in a single, text-searchable, bookmarked PDF as soon as practicable and no later than **June 15, 2024, at 12:00 P.M**.

Dated:  June 14, 2024
           New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE