UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                -against-               22 Crim. 692 (LGS)

    LAMOR WHITEHEAD,                     **ORDER**
                          Defendant.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 25, 2024, Defendant filed a motion for a judgment of acquittal and for a new trial under Federal Rules of Criminal Procedure 29 and 33.  It is hereby

       **ORDERED** that Defendant's motion is **DENIED**.  The Opinion will follow.

       The Clerk of Court is respectfully directed to close the motion at Dkt. No. 182.

Dated: June 17, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**