Case 1:22-cr-00692-LGS  Document 237  Filed 08/07/24  Page 1 of 7

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America      22 CR 692-01 (LGS)
(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

MOTION FOR LEAVE TO
PROCEED IN FORMA
PAUPERIS ON APPEAL

Lamor Whitehead
(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

Dated: 8/7/24

Signature: Lamor Whitehead

Name (Last, First, MI): Whitehead, Lamor

Address: 1 Sipporta Lane  City: Paramus  State: New Jersey  Zip Code: 07652

Telephone Number: N/A

E-mail Address (if available): N/A

Rev. 12/23/13

## Application to Appeal In Forma Pauperis

United States of America v. Lamar Whitehead    Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: Lamon Whitehead | Date: 8/7/24 |

My issues on appeal are: (required):
1. The lack of sufficient evidence at trial.
2. The lack of evidence of chain of custody of recordings made by Brandon Bellmont
3. The denial of ability to call Brandon Bellmont as a witness,
4. The denial of ability to call Marc Kaplan as a witness,
5. The denial of ability to call Dino Tomassetti as a witness.
6. The denial of the motion for a mis-trial.
7. The denial of the opportunity to re-argue the motion to supress and also call a motion to controvert.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ | $ N/A |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |

- 1 -

12/01/2013 SCC

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ N/A | $ | $ N/A |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2.  List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Leaders of Tomorrow International ministries | 5904 Foster Ave, Bklyn NY 11234 | 2013-2024 | $ 0 |
| N/A | | | $ |
| N/A | | | $ |

3.  List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

- 2 -

4. How much cash do you and your spouse have? $ _0_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Navy Federal | Checking/Savings | $ 0— | $ |
|  |  | $ | $ |
|  |  | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A | (Value) $ | (Value) $ |
|  |  | Make and year: |
|  |  | Model: |
|  |  | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ N/A | (Value) $ | (Value) $ |
| Make and year: |  |  |
| Model: |  |  |
| Registration #: |  |  |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| J.W. | Son | 16 |
| S.W. | Daughter | 9 |
| B.W. | Daughter | 2 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 0 | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ |
|     Life: | $ 0 | $ |
|     Health: | $ 0 | $ |
|     Motor vehicle: | $ 0 | $ |
|     Other: | $ 0 | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ |
|     Credit card (name): | $ 0 | $ |
|     Department store (name): | $ 0 | $ |
|     Other: | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify): | $ 0 | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes  ☒ No   If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit? ☐ Yes ☒ No

    If yes, how much? $ _____

-5-

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

    Currently Incarcerated.

12. Identify the city and state of your legal residence.

    City Paramus   State N.J.

    Your daytime phone number: N/A

    Your age: 46   Your years of schooling: 15yrs

    Last four digits of your social-security number: 3869