UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :   22 Cr. 692 (LGS)
            -against-                                        :
                                                             :   ORDER
LAMOR WHITEHEAD,                                             :
                                 Defendant.                  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 3, 2024, Defendant filed a Motion to Amend the Presentence Report ("Motion No. 1"). (Dkt. No. 246).

WHEREAS, the Court has received a paper version of Defendant's December 9, 2024, Motion for Reconsideration of this Court's June 21, 2024, Opinion and Order denying his motion for a judgment of acquittal and for a new trial ("Motion No. 2"), which has not been filed on the docket.

WHEREAS, Motion No. 2 contains personal information, such as social security numbers, birth dates and the like, as well as documents from the Federal Bureau of Investigation labeled "Sealed."

WHEREAS, a copy of Motion No. 2 will be transmitted to the Government under separate cover. It is hereby

**ORDERED** that by **January 10, 2025**, the Government shall file a letter noting whether it objects to the public filing in whole or in part of Motion No. 2, citing any legal authority supporting its position, and if redactions are proposed, the Government shall email the undersigned the document with proposed redactions. It is further

**ORDERED** that Motion No. 2 shall be maintained under seal pending this Court's decision on its sealing.  It is further

**ORDERED** that the Government shall file a response to Motion No.1 and Motion No. 2 by **January 20, 2025**.

The Clerk of the Court is directed to mail a copy of this Order to Defendant.

Dated: December 30, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE