UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

United States of America,

        against

                                                      22-cr-692 (LGS)

Lamor Whitehead,

        Defendant.

-------------------------------------------------------- x

<u>NOTICE OF MOTION</u>

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibits thereto, Lamor Whitehead through his counsel applies for the following relief:

1. Disqualification of the District's United States Attorney's Office in this case;

2. A Statement Pursuant to F. R. A. P. 12.1(a) that this application raises substantial issues or would be granted but for the pending direct appeal;

3. Dismissal of the case or vacatur of the conviction;

4. Bail pending appeal and/or resolution of this application; and

5. An expeditious hearing on the application for bail and expedited briefing and oral argument on the other relief sought.

Dated: August 27, 2025

                                                            */s/ Andrew J. Frisch*
                                                            Cuti Frisch PLLC
                                                            40 Fulton Street, 17th Floor
                                                           New York, New York 10038
                                                           (212) 285-8000
                                                           *afrisch@cutifrisch.com*

To: United States Attorney's Office