UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                                                              :
                                                              :    22 Cr. 692 (LGS)
                -against-                                     :
                                                              :
LAMOR WHITEHEAD,                                              :    **ORDER**
                                                              :
                                        Defendant.            :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant moved for dismissal or vacatur of his conviction, disqualification of the U.S. Attorney's Office, bail pending appeal and expedited proceedings (the "Motions") on August 27, 2025.

WHEREAS, on August 28, 2025, the Government was directed to respond to the Motions.

WHEREAS, on September 18, 2025, the Government filed a partial response which addressed only its jurisdictional and procedural arguments. It is hereby

**ORDERED** that by **October 24, 2025**, the Government shall file a supplement response addressing its merits arguments. It is further

**ORDERED** that by **October 31, 2025**, Defendant may file a supplemental reply.

Dated: October 3, 2025
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**