UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                  :

UNITED STATES OF AMERICA,         :

                         :              22 Cr. 692 (LGS)

            -against-           :

LAMOR WHITEHEAD,            :               **ORDER**

                      Defendant.   :

--------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, pending before the Court are Defendant's motions for dismissal or vacatur of his conviction, disqualification of the U.S. Attorney's Office, bail pending appeal and expedited proceedings (the "Motions").

     WHEREAS, on January 6, 2026, the Second Circuit issued a Summary Order addressing Defendant's appeal of his criminal judgment and his sentence.  It is hereby

     **ORDERED** that by **January 16, 2026**, the Government shall file a supplement response addressing whether the Summary Order impacts the pending Motions.  It is further

     **ORDERED** that by **January 23, 2026**, Defendant shall file a supplemental reply in response to the Government's submission.

Dated:  January 6, 2026
        New York, New York

                                    LORNA G. SCHOFIELD
                                 UNITED STATES DISTRICT JUDGE