# CUTI FRISCH PLLC

ANDREW J. FRISCH | AFRISCH@CUTIFRISCH.COM

March 25, 2026

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:  United States v. Lamor Whitehead, Criminal Docket No. 22-692 (LGS)*

Dear Judge Schofield:

    An underlying subtext of Bishop Whitehead's pending motion is the change in leadership of the United States Department of Justice just before its dismissal against Mayor Adams.  Bishop Whitehead's motion endeavors to address that change and explain why he is entitled to relief whether applying the sensibilities of the old guard, the new guard, or those with no particular allegiance to either.  This letter is not submitted to proffer additional advocacy on that or any other issue.

    But the issue is atypical, has tended to engender significant reactions from many sides of the spectrum, and has evolved over the eight months since Bishop Whitehead's motion was filed.  And so I respectfully submit this letter to suggest the value of convening (in-person or remotely) to discuss the issue (and perhaps others) rather than permit it to simmer beneath (or on) the surface.  For such a conference, I am prepared to waive Bishop Whitehead's appearance though I prefer if his personal or remote attendance can be secured.  I realize, of course, that the Court understands its discretion to convene the parties for any broad or limited reason (or not to do so at all), but I believe there is no harm in proffering this suggestion given the range of views of the atypical landscape of the pending motion, the evolution of the issue over the past eight months, and the importance of the motion to Bishop Whitehead.

    Respectfully,

    */s/ Andrew J. Frisch*
    Andrew J. Frisch

cc:  United States Attorney's Office