UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                :

UNITED STATES OF AMERICA,         :

                                  :

            -against-           :         22 Crim. 692 (LGS)

                                  :

LAMOR WHITEHEAD,          :         **ORDER**
                          Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 14, 2026, Defendant submitted a request to supplement his pending motion for dismissal or vacatur of his conviction and other relief (the "Motion") to include support from a recent Supreme Court decision, *Abouammo v. United States*, No. 25-5146 (June 11, 2026).

WHEREAS, the Government did not file a response to Defendant's request by the June 18, 2026, deadline.  It is hereby

**ORDERED** that Defendant's request is granted.  *Abouammo* will be considered as supplementing Defendant's submissions in support of the Motion.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. No. 281.

Dated:  June 22, 2026
        New York, New York

                                             LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE