UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ x

United States of America,

against

Lamor Whitehead,

Defendant.

------------------------------------------------------ x

22-cr-692 (LGS)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibits thereto, Lamor Whitehead through his counsel applies for the following relief:

1. Disqualification of the District's United States Attorney's Office in this case;
2. A Statement Pursuant to F. R. A. P. 12.1(a) that this application raises substantial issues or would be granted but for the pending direct appeal;
3. Dismissal of the case or vacatur of the conviction;
4. Bail pending appeal and/or resolution of this application; and
5. An expeditious hearing on the application for bail and expedited briefing and oral argument on the other relief sought.

Dated: August 27, 2025

*/s/ Andrew J. Frisch*
Cuti Frisch PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
(212) 285-8000
*afrisch@cutifrisch.com*

To: United States Attorney's Office

Defendant's motion is **DENIED**. Following the Supreme Court's vacatur of the Second Circuit's judgment affirming Defendant's conviction and sentence and remand to the Second Circuit for further consideration in light of *Abouammo v. United States*, 608 U.S. 597 (2026), Defendant's direct appeal remains pending before the Second Circuit. Accordingly, this Court lacks authority to grant the requested dismissal of the case or vacatur of the conviction absent a remand from the Second Circuit. *See* Fed. R. Crim. P. 37(a). Additionally, the various forms of relief requested by the motion lack legal bases for substantially the reasons stated in the Government's opposition at Dkt. 265 and supplemental letter at Dkt. 268.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 262.

Dated: October 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE